1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA RANGEL VELASQUEZ,<br><br>                          Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC., and DOES 1 to 25,<br><br>                          Defendants.<br><br>———————————————————<br>AND RELATED CROSS-ACTION. | Case No. 1:23-cv-01461-JLT-SKO<br>*[Tulare County Superior Court Case No. VCU294743]*<br><br>**[~~PROPOSED~~] ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**<br><br>Complaint Filed:  December 27, 2022 |

The Court, having read and considered the Parties' Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and to Remand, hereby ORDERS as follows:

### I.  BACKGROUND

On or about December 27, 2022, Plaintiff VIRGINIA RANGEL VELASQUEZ (hereinafter "Plaintiff") commenced the above-entitled civil action in the Superior Court for the County of Tulare by filing a Complaint therein entitled *Virginia Rangel Velasquez v. Family Dollar, Inc., and DOES 1 to 25,*  Case No.

VCU294743. Plaintiff's Complaint for personal injury arises from an alleged incident on February 20, 2021, at defendant FAMILY DOLLAR, INC.'s ("Family Dollar") store in Tulare, California.

On September 13, 2023, plaintiff, by and through her counsel of record, made a written Statement of Damages alleging $6,684.00 in past medical expenses, and $200,000.00 in general damages. Based on this, Family Dollar determined that the amount in controversy exceeded the $75,000.00 statutory minimum. Accordingly, Family Dollar removed the matter to federal court pursuant to 28 U.S.C. §§1332, 1441, and 1367, on October 12, 2023.

The parties have now agreed and stipulated to limit any and all recovery of damages by plaintiff VIRGINIA RANGEL VELASQUEZ to $74,999.99 or less, as evidenced by the Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and To Remand, executed by plaintiff VIRGINIA RANGEL VELASQUEZ and defendant FAMILY DOLLAR, INC., by and through their attorneys of record. Accordingly, the parties request an order from this Court remanding the case to the Tulare County Superior Court, Case No. VCU294743.

## II. ANALYSIS

United States Code, Title 28, Section 1447(c), provides that "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall be remanded*." (Emphasis added). In light of the parties' stipulation limiting any and all recovery by Plaintiff to $74,999.99 or less, this Court lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). *See Bruns v. NCUA* 122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not discretionary.")

## III. ORDER OF THE COURT

1. Plaintiff's total recovery, if any, from Defendant FAMILY DOLLAR, INC. for any injuries, damages, harms, or losses resulting from the alleged incident that occurred on Defendant's premises on or about February 20, 2021, and which are

the subject of the within action (including formerly Tulare County Superior Court Case No.: VCU294743) (the "Litigation), including but not limited to economic and non-economic damages as well as any award of attorneys' fees and costs of suit (including any award of costs for the services of expert witnesses), is hereby capped at $74,999.99.

2. If any judgment or award, entered in her favor and against Defendant FAMILY DOLLAR, INC., in the Litigation should exceed $74,999.99, inclusive of any award of attorneys' fees and costs of suit (including any award of costs for the services of expert witnesses) Plaintiff has knowingly and voluntarily waived the right to claim that portion of her final judgment or award which exceeds $74,999.99.

3. Should any judgment or award, inclusive of any award of attorneys' fees and costs of suit (including any award of costs for the services of expert witnesses) be entered in her favor and against Defendant FAMILY DOLLAR, INC. in the Litigation, in excess of $74,999.99, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $74,999.99, and is barred from executing on any amount of the award or judgment in excess of $74,999.99.

4. Pursuant to the parties' Stipulation, because this matter no longer exceeds $75,000.00, this Court no longer has subject matter jurisdiction and the matter is hereby REMANDED to the Superior Court for the State of California, County of Tulare, Case No.: vcu294743. This Order shall be accorded full force and effect in the Superior Court of the State of California, County of Tulare, Case No.: VCU294743.

5. All pending dates in the Federal action are hereby vacated.

IT IS SO ORDERED.

Dated:   **November 8, 2023**


UNITED STATES DISTRICT JUDGE